O. MORGAN v. STATE.

No. A-2137. Opinion Filed December 19, 1914.

Appeal from County Court, Pawnee County;

Geo. E. Merritt, Judge.

O. Morgan was convicted of violating the prohibitory law, and appeals. Affirmed.

McNeill & McNeill, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, O. Morgan, was convicted at the July, 1913, term of the county court of Pawnee county on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at a fine of one hundred dollars and imprisonment in the county jail for a period of thirty days. A careful examination of the record discloses no error prejudicial to the substantial rights of the plaintiff in error. The judgment of the trial court is, therefore, affirmed.